## FEIN, SUCH & CRANE, LLP
COUNSELLORS AT LAW
747 CHESTNUT RIDGE ROAD
SUITE 200
CHESTNUT RIDGE, NEW YORK  10977
(845) 371-4700

Telecopier (845) 371-4747

<u>Northern New York</u>
1800 First Federal Plaza
Suite 1800
Rochester, New York 14614
(585) 232-7400
Telecopier (585) 325-6201

<u>New Jersey Office</u>
7 Century Drive
Suite 201
Parsippany, New Jersey 07054
(973) 538-4700
Telecopier (973) 538-8234

REPLY TO: NEW JERSEY ADDRESS

August 19, 2011

**<u>VIA ECF</u>**

Hon. Cecelia G. Morris
U.S. Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

**RE:    Walter and Margaret Spagnola
       Case no. 11-36227 CGM**

Dear Judge Morris:

   Please allow this letter to serve as a status report regarding the loss mitigation efforts in the above referenced case.

   A Loss Mitigation Order was entered by the Court on June 29, 2011.  Prior to the entry of the Order, debtors submitted loss mitigation documentation.  Upon review of the documents, additional and supporting documentation was requested.  The creditor has requested a copy of the pension award letter.  Upon receipt of this information, it is believed that the review can be completed.

                                        Respectfully submitted,


                                        <u>/s/Tammy L. Terrell Benoza</u>