Form 210A (12/09)

# United States Bankruptcy Court

SOUTHERN DISTRICT OF NY

In Re: SPAGNOLA; WALTER                              Case No. 1136227

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

| PRA Receivables Management, LLC., as agent of Portfolio Recovery Associates, LLC | Chase Bank USA, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: <br> POB 41067 <br> Norfolk, VA 23541 | Court Claim # (if known): 5 <br> Amount of Claim: $9,472.24 <br> Date Claim Filed: 06/07/2011 |
|---|---|
| Phone: (877)829-8298 <br> Last Four Digits of Acct # :  2982 | Phone: <br> Last Four Digits of Acct #: |
| Name and Address where transferee payments Should be sent (if different from above) <br> POB 12914 <br> Norfolk, VA 23541 | Seller Information <br> CHASE BANK USA N.A. <br> 600 Business Center Drive Floor 03 <br> Heathrow FL 32746 |
| Phone: (877)829-8298 <br> Last Four Digits of Acct # : 2982 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Carol E. Hardy                                       Date: 8/1/2011
    ------------------------------------------
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571